ROADWAY EXPRESS, INC., ET AL. *v.* UNITED
STATES ET AL.

No. 177.   Decided October 14, 1963.

*Howell Ellis, Homer S. Carpenter* and *John C. Bradley*
for appellants.

*Solicitor General Cox, Assistant Attorney General
Orrick, Lionel Kestenbaum, Colin A. Smith* and *Robert
W. Ginnane* for the United States et al.

*Nuel D. Belnap, Harry C. Ames, Jr.* and *Leonard A.
Jaskiewicz* for motor carrier appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

MR. JUSTICE HARLAN is of the opinion that probable
jurisdiction should be noted.

MATSON *v.* QUEEN'S HOSPITAL.

No. 353, Misc.   Decided October 14, 1963.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for a writ of certiorari, certiorari is denied.